**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DARWAIN A. BESS | : | CASE NUMBER A10-75673-CRM |
| DEBTOR | : | JUDGE MULLINS |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

Debtor has failed to attend the 11 U.S.C. Section 341 hearing.

2.

Debtor has failed to make any payments to Chapter 13 Trustee, thus indicating that this case may be infeasible in violation of 11 U.S.C. §1325(a)(6).

3.

Debtor has not filed a plan as required by 11 U.S.C. Section 1321.

4.

Debtor has not filed schedules as required by Bankruptcy Rule 1007.

5.

Debtor has failed to file a Statement of Financial Affairs, in violation of 11 U.S.C. 521(1) and Bankruptcy Rule 1007(b)(1).

6.

The Debtor has failed to file the Official Form 22C and sixty (60) days of pay advices pursuant to 11 U.S.C. Section 521(a)(1).

7.

The Debtor has failed to provide to the Trustee a copy of the last tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

       WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

                                              Respectfully submitted,

                                              /s/
                                            Maria Joyner Kirtland
                                            Attorney for Chapter 13 Trustee
                                            GA Bar No. 118350

*/dp*

## CERTIFICATE OF SERVICE

       This is to certify that I have this day served:

Debtor:
Darwain A. Bess
25 Lotus Lane
Covington, GA 30016

Attorney for Debtor:
Pro Se

with a copy of the foregoing Trustee's Objection by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

       THIS THE 13th day of July, 2010

/s/_____
Maria Joyner Kirtland, Attorney for Chapter 13 Trustee
GA Bar No. 118350
303 Peachtree Center Ave., NE
Ste 120
Atlanta, GA  30303
(678) 992-1201